# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America )<br>v. )<br>SEBASTIAN GABRIEL LUGO-LUGO )<br> )<br> )<br> )<br> )<br>*Defendant(s)* | Case No.<br>6:24-mj- 1287 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Jan. 11, 2024 - Feb. 14, 2024__ in the county of __Seminole__ in the __Middle__ District of __Florida__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of Fentanyl |
| 18 U.S.C. § 924(c) | Possession of a Firearm in Furtherance of Drug Trafficking |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Jose Saul, DEA
*Printed name and title*

Affidavit submitted by email and attested to me as true and accurate via Zoom/video conferencing consistent with Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: __03/15/2024__

_____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

City and state: __Orlando, Florida__

STATE OF FLORIDA                              CASE NO.: 6:24-mj- 1287

COUNTY OF ORANGE

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Jose M. Saul, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with the Drug Enforcement Administration (DEA) and have been since July 5, 2023. I have a bachelor's degree in Criminology from Florida State University. As a DEA SA, I have successfully completed a 700-hour federal law enforcement academy conducted in Quantico, Virginia. The training program included defensive tactics, firearms proficiency, surveillance operations, legal instruction, drug identification, tactical operations, interview and interrogation techniques, undercover operations, confidential source management, and communications. Prior to my employment as a DEA SA, from August 2019 to April 2021, I worked as a Crime Intelligence Technician for the Florida Bureau of Criminal Investigations and Intelligence (BCII), where I assisted over 150 identity theft investigations. Additionally, from May 2021 to February 2023, I worked as a Command Center Technician for the City of Boca Raton Police Department Real Time Crime Center, where I assisted detectives and officers during in-progress priority calls related to a wide range of criminal offenses.

2. In my role as a DEA SA, I routinely assist drug trafficking and money laundering investigations, execute search warrants, and conduct surveillance of

suspects. As a result, I often encounter illicit substances such as cannabis, crack/cocaine, heroin, methamphetamine, and fentanyl. Additionally, I often encounter monetary proceeds from the sale of controlled substances.

## PURPOSE OF AFFIDAVIT

3.  I make this affidavit in support of the issuance of a criminal complaint charging Sebastian Gabriel LUGO-LUGO with distribution of a controlled substance, in violation of 21 U.S.C. § 841(a)(1), and possession of a firearm in furtherance of drug trafficking, in violation of 18 U.S.C. § 924(c).

4.  The facts in this affidavit come from my personal observations, my training and experience as a federal law enforcement officer, information obtained from other agents and witnesses involved in the investigation, and information I received from other investigative means, including surveillance and controlled purchases of narcotics.

5.  Further, this affidavit is intended to show merely that there is sufficient probable cause for the issuance of a complaint. I have not included every fact or facet of the investigation known to me.

## PROBABLE CAUSE

6.  The DEA and the Seminole County Sheriff's Office ("SCSO") City-County Investigative Bureau ("CCIB") are investigating the fentanyl and firearm distribution activities of LUGO-LUGO. The DEA has identified LUGO-LUGO as a distributor of counterfeit fentanyl pills operating within the Middle District of

Florida. LUGO-LUGO is known to possess and sell firearms in furtherance of his drug trafficking activities.

7. On October 14, 2023, CCIB agents began conducting undercover purchases for narcotics from LUGO-LUGO. All the undercover purchases were conducted at the same location, a gas station in Altamonte Springs, Florida. On October 14 and November 1, 2023, a CCIB undercover agent (UC) purchased suspected cannabis from LUGO-LUGO. More specifically, on both dates, LUGO-LUGO sold the UC approximately two ounces of marijuana in exchange for $300.00. Additionally, during the November 1st deal, the UC observed a tan handgun next to LUGO-LUGO's leg while he was in the driver's seat of his vehicle.

8. Then, on November 8 and 15, 2023, the UC purchased suspected cannabis and counterfeit oxycodone pills from LUGO-LUGO. More specifically, on November 8, 2023, LUGO-LUGO sold the UC approximately two ounces of marijuana and approximately 15 counterfeit oxycodone pills in exchange for $600.00. On November 15, 2023, the UC purchased approximately one ounce of marijuana and approximately 50 suspected fentanyl pills in exchange for $1,000.00. During both deals, the UC observed the same tan handgun placed next to LUGO-LUGO's driver seat. After both deals, the counterfeit oxycodone pills field tested positive for the presence of fentanyl. The suspected fentanyl pills were sent to DEA Southeast Laboratory for analysis, and results are still pending.

9. On November 30, 2023, CCIB agents attempted to conduct a fifth undercover operation for the purchase of cannabis and fentanyl pills from LUGO-

LUGO. LUGO-LUGO contacted the UC via text message from phone number (407) 580-2199 and stated, "I don't mean to make this become inconvenient but can u give me till tmr my dawg has his son and it's his birthday so he not home rn." Based on this text message, I believe LUGO-LUGO pushed the deal with the UC to a later date because his source of supply was unavailable.

10. On December 4, 2024, the UC conducted the fifth controlled purchase that was originally attempted on November 30, 2023. For this deal, the UC purchased 55 suspected fentanyl pills from LUGO-LUGO in exchange for $1,300.00. The UC did not observe any firearms during this deal. Later, the UC field tested the pills, which yielded a presumptive positive for the presence of fentanyl. The pills were sent to the DEA Southeast Laboratory for analysis, and results are pending.

11. At that point, the DEA joined CCIB in the investigation, and the UC conducted five more undercover purchases from LUGO-LUGO at the same gas station in Altamonte Springs where the previous deals took place.

12. On December 14, 2023, the UC purchased 50 suspected fentanyl pills in exchange for $1,250.00. LUGO-LUGO also gave the UC 4 white pills he advised were Xanax for free. No firearms were observed or discussed during this deal. After the deal, the UC field tested a sample from the suspected fentanyl pills, which tested presumptively positive for fentanyl sent all the pills from this controlled purchase to the DEA Southeast Laboratory, where a chemist determined that the suspected fentanyl pills contained fentanyl and p-Fluorofentanyl, and the white "Xanax" pills

contained Bromazolam, which is a substance commonly used in counterfeit Xanax pills.

13. Another deal took place on January 11, 2024, during which LUGO-LUGO sold the UC 50 suspected fentanyl pills in exchange for $1,160.00. After the deal, the pills were sent to the DEA Southeast Laboratory, where a chemist determined the substance contained fentanyl, Xylazine, and other substances.

14. Additionally, during and the deal on January 11, 2024, the UC asked if LUGO-LUGO knew where the UC could get a gun, to which LUGO-LUGO stated, "I got some" but also stated that "they are stolen." The UC asked about which type of firearm is better, and LUGO-LUGO responded: "If you are trying to hurt somebody, the Smith & Wesson. If you just want to scare somebody, the Glock." LUGO-LUGO said the prices for a Smith & Wesson and a Glock pistol were $750.00 and $650-700.00, respectively. During the conversation, UC noticed a visible bulge on LUGO-LUGO's appendix area. The UC then told LUGO-LUGO that he would try to get the money to purchase a gun from him during the next deal and that they would be in touch. After this, they both left the area.

15. Based on this discussion of firearms, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) joined the investigation to assist in the purchase a firearm from LUGO-LUGO during the next controlled purchase.

16. On February 14, 2024, DEA, ATF, and CCIB agents used the UC to conduct another controlled purchase of narcotics from LUGO-LUGO. The day before the deal, at approximately 12:11 p.m., the UC contacted LUGO-LUGO over

a FaceTime video call to coordinate the purchase of fentanyl pills and a handgun. During the video call, LUGO-LUGO agreed to sell the UC fentanyl pills but said he would contact the UC the next day to set up a time to meet and to confirm the availability of a handgun.

17. At 9:35 a.m. on February 14, 2024, LUGO-LUGO contacted the UC over text message to confirm whether the UC was still interested in meeting up later that day. During the text message conversation, LUGO-LUGO stated, "We on for today? I bought the blues for ya fam." Based on my training and experience and the facts of this investigation, I believe "blues" refers to the counterfeit oxycodone pills containing fentanyl that LUGO-LUGO has sold throughout this investigation. Upon the UC confirming his/her interest, LUGO-LUGO sent a message to the UC at 9:36 a.m., stating, "Yessir ima go pick em up for you ina hour, I alr payed for em." I believe LUGO-LUGO was advising the UC that he had already paid for the pills and would be picking them up from his source of supply in about an hour before meeting with the UC to conduct the deal.

18. At approximately 9:40 a.m., DEA Task Force Officers (TFOs) Jayson Joglar, Michelle Lord, and Zachary Cannaday were conducting surveillance at LUGO-LUGO's residence. TFO Joglar observed LUGO-LUGO sitting in the driver's seat of his vehicle, which was parked in the driveway.

19. At approximately 10:30 a.m., LUGO-LUGO departed from his residence. LUGO-LUGO was then followed by TFOs Joglar, Lord, and Cannaday,

with aid of a federally approved vehicle tracker, to a fast-food restaurant before he returned to his residence at approximately 11:10 a.m.

20. Minutes later, LUGO-LUGO contacted the UC via phone call and informed the UC that he was able to get a handgun and that he was about to head to "his boy's" house shortly to pick it up with the pills.

21. At approximately 11:20 a.m., TFOs Joglar, Lord, and Cannaday observed LUGO-LUGO depart from his residence, and they followed LUGO-LUGO, without interruption, to an apartment complex in Orlando, Florida. LUGO-LUGO arrived at the apartment complex at approximately 11:30 a.m. and at approximately 11:38 a.m., while LUGO-LUGO was believed to be still inside the apartment complex, he contacted the UC via phone call to inform the UC that he had the pills and the handgun, and that he would be heading to the meeting location shortly.

22. At approximately 11:50 a.m., TFOs Joglar, Lord and Cannaday then followed LUGO-LUGO directly to the deal location, the same gas station in Altamonte Springs where the previous undercover buy operations occurred.

23. At approximately 12:15 p.m., LUGO-LUGO arrived at the gas station and backed into a parking spot. LUGO-LUGO contacted the UC via phone call, and the UC exited the store and got into the front passenger seat of LUGO-LUGO's vehicle. The UC gave LUGO-LUGO $1,700.00, and LUGO-LUGO gave the UC a clear plastic baggie containing suspected fentanyl pills and an unloaded black Ruger EC9s 9-millimeter handgun in its box. While the UC inspected the handgun, LUGO-

LUGO stated that the gun was "clean." LUGO-LUGO then instructed the UC on how to handle and operate the gun. LUGO-LUGO also told the UC that the gun was not stolen and that he could "keep one in the head." LUGO-LUGO then stated: "Like, when you have the bullets in here, load it up one time and turn on the safety, so that way when you need to use it all you have to do is boom and pull the trigger." Last, LUGO-LUGO spoke to the UC about basic weapon safety and maintenance of the handgun. He finished by saying, "Please don't kill nobody. I am the only one that shot this gun before."

24. While LUGO-LUGO instructed the UC on how to operate the handgun, LUGO-LUGO pointed at a visible bulge in his waistband, making it clear to the UC that he was carrying a handgun as he had during previous deals. At approximately 12:20 p.m., the UC exited LUGO-LUGO's vehicle, and at approximately 12:28 p.m., LUGO-LUGO left and returned to his residence. The pills from this controlled purchase were sent to the DEA Southeast Laboratory, and results are still pending.

25. On February 29, 2024, DEA and CCIB agents conducted a deal for approximately 100 suspected fentanyl pills from LUGO-LUGO at the same gas station as the previous deals. Days leading up to the deal, LUGO-LUGO texted the UC trying to coordinate the deal. Specifically, on February 26, 2024, at 11:04 a.m., LUGO-LUGO sent the UC a text message stating: "We ready this week bro? Round thrusday Friday?" Later that day, at 5:29 p.m., LUGO-LUGO stated: "You want 100? It's not that bad of a pice honestly 2000." Based on my experience, I believe

LUGO-LUGO was telling the UC that $2,000.00 was not a bad price for 100 pills. To this, the UC responded that he wanted 100 of the pills and that he would let LUGO-LUGO know when they could meet for another deal. Then, on February 28, 2024, at 7:41 a.m., LUGO-LUGO texted the UC the following: "Yo We on for Thursday or Friday? I gotta call out of work so lmk." The UC responded later that day, stating, "Yo yo ya I good for tomorrow bro just gotta get my chk first which shld be in the AM."

26. On February 29, 2024, at 9:31 a.m., LUGO-LUGO contacted the UC via text message to confirm if they were meeting later that day by stating: "Yooooo We set for today ?" Upon the UC confirming, LUGO-LUGO later texted the UC and stated: "Ok bet lemme go run by my dawg house and grab em for you." I believe LUGO-LUGO was advising the UC that he would need to pick up the pills from his source of supply's house prior to meeting the UC. Additionally, LUGO-LUGO texted the UC stating: "I got more guns too fam," to which the UC replied he did not have the money to buy another gun at that time. LUGO-LUGO then texted: "Bet lmk I gotchu it's a s&w." Based on my experience, LUGO-LUGO was offering the UC a Smith & Wesson revolver.

27. Later that day, at approximately 2:15 p.m., LUGO-LUGO was followed by TFO Joglar from the same Orlando apartment complex to the gas station where the UC was waiting to meet him. At approximately 2:40 p.m., LUGO-LUGO arrived at the gas station and backed into a parking space. He then contacted the UC via text message stating: "I'm here bro." At approximately 2:43 p.m., the UC

came out of the gas station store and entered the front passenger seat of LUGO-LUGO's vehicle. The UC then gave LUGO-LUGO $2,000.00. LUGO-LUGO then ripped open an electrical panel below and to the left of the steering wheel of the vehicle and retrieved a clear plastic bag containing the suspected fentanyl pills and handed them to the UC. After the deal concluded, LUGO-LUGO left the gas station and surveillance was terminated. The pills were sent to the DEA Southeast Laboratory for analysis, and results are still pending.

28. On March 14, 2024, members of the DEA, ATF, along with members of the DEA's Special Response Team (SRT) conducted a buy-bust operation and the arrest of LUGO-LUGO in the parking lot of a gas station located in Altamonte Springs, Florida.

29. On the days leading up to the operation, LUGO-LUGO and the UC communicated via text messages to coordinate their next deal. More specifically, on March 4, 2024, at 8:46 a.m., LUGO-LUGO texted the UC stating "Yoo We on for this week? Or we looking more towards next week?" On March 6, 2024, the UC texted LUGO-LUGO that he would not be purchasing pills from him on that week, but he would the following week. That same day at 9:50 p.m., LUGO-LUGO replied "Yes lord You want another 100?" Upon not hearing back from the UC, LUGO-LUGO texted the UC again on Friday March 9, 2024, at 11:53 a.m., stating "Yooo Let me know", and then again on Sunday March 10 at 9:29 a.m., stating "Yooo You want 100? Or 50? Remember I gotta go out of state to get it.

30. On Monday March 11, 2024, the UC texted LUGO-LUGO expressing his interest in purchasing 100 pills, to which LUGO-LUGO texted "Friday?" The UC then asked LUGO-LUGO if he was good to do it on Thursday, and LUGO-LUGO stated "If you are." Additionally, LUGO-LUGO texted the UC on Tuesday March 12, 2024, at 8:19 a.m., stating "You good the price I was trying to give you last time?" Upon the UC confirming the price was okay, On Wednesday March 13, 2024, the UC asked LUGO-LUGO if he still had the Smith & Wesson revolver that LUGO-LUGO offered to him in the past, to which LUGO-LUGO replied "650 but I sold it alr You good ? Yoh lost the one I gave you? We still good for tomorrow on that 100 pakk?"

31. On March 13, 2024, at 2:26 p.m., the UC texted LUGO-LUGO to determine if he would be free to meet for a pill transaction the following day. At 2:27 p.m., LUGO-LUGO texted the UC "I gotchu by 2pm ima try to make n the AM tho yk I have to go out of state to get in and drive bakk that's cool?" The UC then texted LUGO-LUGO at 5:32 p.m., asking if LUGO-LUGO could meet up with him at an earlier time, to which LUGO-LUGO replied: "What time r u leaving? Can you give me at least till 1 it's a10 and a half hour drive and that's w me speeding. I'm tryna have it by 10:30 a.m."

32. On March 14, 2024, at 8:39 a.m., LUGO-LUGO texted the UC stating "Yes lord we on for today I'm still on the way bakk rn." The UC then confirmed he would meet up with LUGO-LUGO. Additionally, the UC asked LUGO-LUGO if they were meeting at the same time LUGO-LUGO had mentioned before, to which

LUGO-LUGO replied "Not gon lie to you I think so. Yk I don't keep them at this krib. They at my brother house once he wakes up I'm coming to you."

33. Additionally, at 9:50 a.m., LUGO-LUGO texted the UC stating "I have a glokk17 right now." In my experience, LUGO-LUGO was referring to a Glock 17 semi-automatic pistol. Upon the UC asking for the price of the handgun, LUGO-LUGO replied: "It's my personal lone so for me to let it go 700." However, after the UC inquired further about the handgun, LUGO-LUGO texted "That's my personal one family I can't let it go today at least."

34. At 11:05 a.m., LUGO-LUGO texted the UC stating "Yo I'm still driving on my way bakk to the city I gotchu by 1 Just give me till then please My homeboy in Jacksonville jus hit my phone ima pull up on him then ima hit the city and slide your way." However, SA Hunter Steadman had been conducting surveillance at LUGO-LUGO's residence, and he observed LUGO-LUGO's vehicle parked in the driveway, which indicates that LUGO-LUGO was in fact not driving, and was at his residence.

35. Furthermore, at approximately 11:20 p.m., SA Steadman observed LUGO-LUGO as he departed from his residence at a high rate of speed driving his 2016 Hyundai Tucson, bearing Florida license plate AN12QS. Due to LUGO-LUGO's reckless driving pattern, SA Steadman lost visual on LUGO-LUGO's vehicle and did not follow him further.

36. At 11:14 a.m., the UC reached out to via text message LUGO-LUGO in hopes to speed up the deal. At 11:14 LUGO-LUGO replied "Yessir yk I got you bro Im spamming everyone in my phone to make it to you What time you off?"

37. At 11:25 a.m., the UC told LUGO-LUGO he would be working at the gas station store until LUGO-LUGO arrived for the deal, but to please hurry up because his/her girlfriend was waiting for him/her. At 12:17 p.m., LUGO-LUGO texted "I'm bout an hour away Almost to the city bro Tell her you waiting on the plug". At 12:47 p.m., LUGO-LUGO texted the UC again stating "Yoooo I'm 30 from my loading spot in Altamonte and then I'm like 10 from you." At 12:50 p.m., LUGO-LUGO also texted "I be driving a lot of miles that's why I gotta charge yoh what I charge you I'm driving over 200 miles with them in the car that's life In jail."

38. After some back and forth texting between LUGO-LUGO and the UC, at 1:16 p.m. LUGO-LUGO texted "Send me yo addy bro I'm on the way to you rn." By "addy" LUGO-LUGO was referring to the address where the UC was located at the time. After the UC sent LUGO-LUGO his/her address, at 1:18 p.m., LUGO-LUGO texted the UC stating that he was 11 minutes away.

39. At 1:25 p.m., I was parked at one of the pumps of the gas station where the deal was set to take place, and I observed LUGO-LUGO's vehicle at the light waiting to turn into the gas station. At 1:26 p.m., LUGO-LUGO texted the UC "I'm at the light", followed by another text at 1:32 p.m., stating "I'm here." At 1:33 p.m., in an attempt to stall LUGO-LUGO while DEA's SRT team moved into position to conduct the arrest, the UC sent a text to LUGO-LUGO to confirm the price for the

pills, to which LUGO-LUGO texted "22 fam last week was 21 bc you said you had bills to pay."

40. At approximately 12:35 p.m., DEA's SRT team approached LUGO-LUGO's vehicle, that was backed into one of the gas station parking spots, and he was taken into custody and placed into handcuffs while DEA agents secured the area and searched his vehicle.

41. During the search of LUGO-LUGO's vehicle, DEA TFOs Jesse McGrath and Zachary Cannaday discovered a clear plastic bag containing pink round pills, that was resting on top of the center console of the vehicle, near the vehicle's shifter.

42. Once LUGO-LUGO was searched and secured, TFO McGrath and I read LUGO-LUGO his Constitutional rights from my DEA issued rights card. LUGO-LUGO waived his rights and agreed to speak with us. During a short interview, LUGO-LUGO stated that he tried to obtain the pills from his normal supplier that day, but that he was taking too long to reply, which prompted him to get the pills from a different source. LUGO-LUGO stated he met the source who provided him the pills at a 7-Eleven gas station roughly ten minutes away from where the arrest took place.

43. At approximately 2:25p.m., LUGO-LUGO was transported by a Seminole County Sheriff's Office (SCSO) marked unit to the SCSO John E. Polk Correctional Facility in Seminole County, Florida. Once LUGO-LUGO arrived at the correctional facility, he once again agreed to speak to investigators and was

interviewed by DEA TFO Michelle Lord, witnessed by SCSO City-County Investigative Bureau Agent Darian Ishani.

44. During the interview, LUGO-LUGO discussed sources he had for counterfeit fentanyl pills and told TFO Lord that the gun he sold the UC on February 14, 2024, was a gun that he had purchased from somebody else, and he was the middle man for that transaction. When asked about how much he paid for the gun, LUGO-LUGO told TFO Lord that he paid approximately $180 dollars for it. LUGO-LUGO was then handed over to custody of the SCSO John E. Polk Correctional Facility staff.

45. At approximately 5:00 p.m., SA Alejandro Coronado and Osceola County Sheriff's Office Detective Frank Souza transported the pills to the DEA Orlando District Office. At approximately 6:40 p.m., I, witnessed by TFO McGrath, utilized a DEA issued TruNarc scanner (S/N TN2236) in an attempt to determine the substance of the pills recovered from LUGO-LUGO's vehicle. After several attempts, the TruNarc tests were inconclusive. Per DEA policy and procedure, I did not field-test the pills, and they were bagged and placed inside a temporary locking storage at the DEA Orlando District Office. They will be sent to the DEA Southeast Laboratory for analysis and safekeeping.

## CONCLUSION

46. Based on the facts set forth herein, I submit that there is probable cause that between January 11, 2024 and February 14, 2024, LUGO-LUGO distributed fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and

possessed a firearm in furtherance of those drug trafficking offenses, in violation of 18 U.S.C. § 924(c). I respectfully request that a complaint be issued against LUGO-LUGO.

This concludes my affidavit.

_____
Special Agent Jose M. Saul
Drug Enforcement Administration

Affidavit submitted by email and attested to me as true and accurate via Zoom/video conferencing consistent with Fed. R. Crim. P. 4.1 and 41(d)(3), this __15__ day of March, 2024.

_____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE